# Third District Court of Appeal

**State of Florida**

Opinion filed December 2, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1480
Lower Tribunal No. 12-30062
_____

**Thaddeus Chaylon Martin,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Nushin G. Sayfie, Judge.

Thaddeus Chaylon Martin, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, LOGUE, and GORDO, JJ.

PER CURIAM.

Affirmed.